FILED
U.S. District Court
District of Kansas

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AUG 25 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

Latisa-Cristine: of the family micheaux, Trustee
TLM Living Irrevocable Family Trust
Without the United States,
Claimant,

v.                                                          6:25-cv-1186-HLT-GEB

Gregory Keith, the man acting in personal capacity
beyond lawful judicial authority,
Respondent.

## VERIFIED EQUITY COMPLAINT

Comes now the Claimant, The Private Trust, by and through Trustee Latisa-Cristine: of the family micheaux, standing solely in exclusive equity jurisdiction, without submission to statutory or colorable authority. Claimant asserts lawful standing and venue under Article III of the Constitution for the United States, pursuant to trust law, universal law, and the inherent right to seek redress under equity. This Verified Complaint is lodged against the man Gregory Keith, who is alleged to have acted in an unauthorized judicial capacity beyond his lawful jurisdiction, thereby rendering his rulings void and his conduct actionable under law and equity.

### Constitutional and Jurisdictional Violations

1.      Gregory Keith, acting under the color of law as a magistrate within a tribunal court lacking Article III authority, has issued orders and judgments that constitute violations of due process under the fifth Amendment.

2.      Said man has continued to interfere with the rights and filings of the Trustee, in contradiction to procedural equity, denying access to judicial remedy in violation of the seventh Amendment.

3.  Gregory Keith has failed to disclose his lack of lawful subject-matter jurisdiction, issuing commands and enforcements as though acting within Article III authority, when in truth and fact, he is seated in a legislative or administrative venue, lacking consent and exceeding his delegated powers.

4.  By acting beyond his delegated capacity and continuing to exert unlawful authority over private trust interests, Gregory Keith has violated the trust estate's protected rights under the 9th and 10th Amendments.

5.  The Claimant establishes that no contract, oath, bond, or fiduciary agreement exists binding the Private Trust or its Trustee to the jurisdiction of the forum in which Gregory Keith presides, and any acts by him constitute trespass in equity.

6.  These violations form the factual foundation for the Claimant's prayer that all such acts be treated as unenforceable foreign judgments lacking lawful effect within the jurisdiction of this private American trust estate.

### Foreign Judgment and Dual Allegiance Clause

7.  Claimant brings forth unrebutted notice that the man known as Gregory Keith appears in internationally indexed legal registries under ISLN #913-397-642, a global designation assigned through Martindale-Hubbell. Said registration exists outside of Article III judicial authority and reflects affiliation with a transnational legal architecture not originating under the Constitution for the United States.

8.  Furthermore, Gregory Keith is bound to the American Bar Association (ABA), a foreignorigin private guild not constituted under public law, and whose oaths, discipline, and procedural allegiance derive from foreign legal principles historically rooted in British accreditation and corporate law, not Article III equity.

9.  No disclosure has been issued to Claimant, the Private Trust, or its beneficiaries that the man Gregory Keith maintains such dual allegiances. No informed consent has been granted for such a person to issue rulings, orders, or commands over a private estate or its Trustee.

10. Accordingly, all acts, rulings, orders, or interferences undertaken by the man Gregory Keith in any forum wherein equity, trust, or constitutional protections are implicated, are hereby challenged as unenforceable foreign judgments, rendered without lawful jurisdiction, absent consent, and contrary to domestic allegiance obligations required under the Constitution and the Law of Nations.

11.     The Claimant Trust reserves all rights under the Foreign Agents Registration Act (FARA, 1938), the 9th and 10th Amendments, and the exclusive equity of Article III to void and strike any such unauthorized exercises of power as foreign intrusions, lacking subject matter jurisdiction and allegiance to the law of the land.

## Unsworn Declaration

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that the foregoing is true and correct. Executed without the United States.

### Certification

Certified under Statutes at Large, Constitutional Law, and Universal Law, this August 24, 2025, pursuant to 28 U.S.C. § 1746. **this August 21, 2025.**

Respectfully submitted,

/s/ Latisa-Cristine: of the family micheaux
Trustee, TLM Living Irrevocable Family Trust
Without the United States
All rights reserved, UCC 1-308
849 S Drury ln, Wichita Kansas
67207

"Seal affixed in good faith and full authority under trust and equity jurisdiction."



(3)

All rights reserved without prejudice under UCC 1-308.

Executed by my hand this 25th day of August, 2025.

*Latisa-Cristine: of the family Micheaux*
/s/ Latisa-Cristine: of the family Micheaux, trustee, Matriarch

Secured Party Creditor – All Rights Reserved

Without Prejudice, UCC 1-308

State of Kansas )
                ) ss.
County of Sedgwick )

On this 25th day of August, 2025, before me, the undersigned Notary Public, personally appeared Latisa-Cristine: of the family Micheaux, known to me (or satisfactorily proven) to be the living woman who executed the foregoing instrument, and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: May 2, 2026

(4)