UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
(Wichita Division)
IN EQUITY

The TLM Living Irrevocable Family Trust, by its Trustee,
Latisa-Cristine: of the family micheaux,
Executrix and Trustee (non-statutory, private capacity),
Claimant-Plaintiff,

v.

Gregory Keith, the man acting in private capacity,
beyond lawful judicial authority,
Defendant.

Case No.:

## Affidavit of Truth

I, Latisa-Cristine: of the family micheaux, Executrix and Trustee of the TLM Living Irrevocable Family Trust, hereby affirm and declare this Affidavit of Truth, executed under the authority of the trust and secured in equity.

All statements herein are true, correct, and complete to the best of my firsthand knowledge, experience, and belief. This affidavit is made in good faith, with clean hands, and absent any intent to mislead or conceal.

This Affidavit is executed under 28 U.S.C. § 1746(1), and constitutes a lawful declaration under penalty of perjury, executed without the United States, for the record and benefit of all interested parties.

Let it be known: An unrebutted affidavit stands as truth in commerce, law, and equity. Failure to rebut this affidavit, point-for-point, with specific verifiable evidence and sworn testimony, shall result in its lawful standing as truth and judgment.

**Unsworn Declaration**

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that the foregoing is true and correct. Executed without the United States.

Date: August 24, 2025

**By:**

/**s**/ Latisa-Cristine: of the family micheaux
Executrix and Trustee
TLM Living Irrevocable Family Trust