# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

TLM Living Irrevocable Family Trust, **by Trustee: Latisa-Cristine: of the family micheaux,**
*Claimant*

v.

Gregory Keith, the man acting in private capacity beyond lawful judicial authority,
*Respondent*

**Case No.**

## DECLARATION OF PRIOR COMMUNICATIONS & CONSTRUCTIVE NOTICE

District of Kansas

TLM Living Irrevocable Family Trust

by Trustee: Latisa-Cristine: of the family micheaux

### I. DECLARATION

I, Latisa-Cristine: of the family micheaux, Trustee and Executrix of the TLM Living Irrevocable Family Trust, do declare the following:

1. That this declaration is made in good faith, under penalty of perjury, without the United States, in accordance with 28 U.S.C. § 1746.

2. That the following communications and notices were duly sent, served, mailed, or otherwise made available to Gregory Keith, the man acting in his private capacity while presiding unlawfully over trust matters and family jurisdiction:

### II. RECORD OF COMMUNICATIONS & NOTICES

| Date | Title / Description | Method | Status |
|---|---|---|---|
| March 2025 | Notice of Fiduciary Status & Trust Authority | Mailed & eFiled | Unrebutted |
| April 2025 | Constitutional Violation Notice | Faxed & Mailed | Ignored / No Response |
| May 2025 | Judicial Misconduct Complaint Packet | Delivered | No |

|  | (with Oath of Office) |  | Acknowledgment |
| --- | --- | --- | --- |
| May 27, 2025 | Summons & Verified Claim (non-docketed matter) | Certified Mail – PS 3811 | Received – No Answer |
| June 2025 | Notice of Default & Estoppel by Acquiescence | Served by mail | No Rebuttal |
| July 2025 | Affidavit of Trust Status & Enforcement Rights | Physical delivery | Ignored |
| August 21, 2025 | Notice of Continuing Breach and Violation of Equity | Drafted (served pending) | Pending Filing |

### III. LEGAL EFFECT

3. That by failure to timely, lawfully, and fully rebut the above notices, Gregory Keith has created a presumption of acceptance, dishonor, and default under principles of equity and good conscience.

4. That all notices were provided in harmony with:
   - Article III of the Constitution
   - Law of Trusts
   - Law Merchant
   - Public policy regarding due process and fair notice

5. That this record is entered into the record as constructive notice to this Tribunal and as evidence of prior due process compliance.

### IV. CERTIFICATION

Certified under Statutes at Large, Law of Nations, and universal principles of good faith and truth. Executed this 24th day of August, 2025, without the United States.

Respectfully Declared,

By:
Latisa-Cristine: of the family micheaux
Trustee & Executrix – TLM Living Irrevocable Family Trust
Authorized Fiduciary in Equity, Non-U.S. Citizen, Non-Corporate Entity