IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Verified Adverse Claim in Equity
Brought by The TLM Living Irrevocable Family Trust,
by and through its Executrix and Trustee,
Latisa-Cristine: of the family micheaux

This Verified Adverse Claim is brought in exclusive equity jurisdiction pursuant to Article III of the Constitution of the United States. The TLM Living Irrevocable Family Trust, a non-statutory, private family trust, through its Executrix and Trustee, Latisa-Cristine: of the family micheaux, asserts sovereign standing, lawful control of trust property, and protection of beneficiaries. Plaintiff operates under the protection of the Ninth and Tenth Amendments, Statutes at Large, and Universal Law. This court is petitioned solely in its equity capacity. No statutory jurisdiction is invoked nor consented to.

Defendant, Gregory Keith, the man acting in his personal capacity under the assumed title of magistrate within a tribunal not founded in Article III authority, has issued unauthorized and constitutionally violative directives against members of the Plaintiff Trust estate. Defendant holds BAR registration #13730, and is publicly listed under an ISLN number indicating foreign registration via Martindale-Hubbell, thereby invoking the dual allegiance clause and reinforcing the claim of foreign agent status. As such, Defendant is subject to the Foreign Agents Registration Act (FARA) and may not lawfully adjudicate or interfere in private trust matters protected by the Constitution.

Violations include but are not limited to:

- Usurpation of jurisdiction without lawful Article III authority
- Violation of the 7th Amendment right to trial by jury
- Blocking of access to the court and denial of due process
- Attempted control over private trust affairs in violation of the Law of Trusts
- Foreign interference with a protected estate under the law of nations
- Failure to honor trustee notices, authority declarations, and lawful filings
- Extension of juvenile proceedings without jurisdiction or consent
- Attempted reclassification and separation of private family members against trust interest

Plaintiff demands:
1. Declaration that all orders issued by Gregory Keith in his assumed judicial capacity are null and void ab initio for lack of lawful jurisdiction.
2. Permanent equitable injunction against further interference with trust beneficiaries or estate management.
3. Acknowledgment of Plaintiff's sovereign trust status and protection under the Constitution and Universal Law.
4. Any additional remedy this court of equity deems just and proper.

Certification

Certified under Statutes at Large and Universal Law, this August 21, 2025.

By:
Latisa-Cristine: of the family micheaux
Executrix and Trustee
The TLM Living Irrevocable Family Trust