Latisa-Cristine: of the family micheaux
Executrix and Trustee, TLM Living Irrevocable Family Trust
Private Mailing Location: [Insert Mailing Address Here]
Non-Domestic, Without the United States
Date: August 24, 2025

Clerk of the Court
U.S. District Court for the District of Kansas
401 N. Market, Room 204
Wichita, KS 67202

RE: Filing of Verified Complaint in Equity

To the Honorable Clerk,

Please find enclosed the original Verified Complaint brought by the TLM Living Irrevocable Family Trust, by its Trustee, Latisa-Cristine: of the family micheaux. This action is brought exclusively under Article III jurisdiction in equity, and is filed in proper person with clean hands and without adhesion to statutory overlays.

Enclosed for filing:
1. Verified Complaint in Equity
2. Affidavit of Truth under 28 U.S.C. § 1746(1)
3. Verified Adverse Claim
4. Civil Cover Sheet (JS-44)
5. Summons (AO 440 Form – prepared for clerk signature)

Please assign a new civil action case number and return confirmation of filing and signed summons to the address above. I affirm this filing is brought in good faith, in equity, and under proper jurisdiction.

If further administrative steps are required, please advise immediately.

With honor and lawful intent,

By: _____
Latisa-Cristine: of the family micheaux
Executrix and Trustee
TLM Living Irrevocable Family Trust

For the record, this matter is brought solely under Article III jurisdiction in equity, and as such, assignment to a magistrate is neither appropriate nor consented to. Please direct all judicial proceedings before an Article III Judge in full compliance with Constitutional authority.