**Note to Clerk – Payment and Filing Acknowledgment Request**

To the Clerk of the Court:

Please accept the enclosed Verified Complaint and supporting documents for immediate civil equity filing.

I am authorizing that the payment enclosed (or submitted electronically) be applied toward the filing of this matter. Kindly ensure the assignment of a civil case number and Article III judge, not a magistrate, as stated in the cover letter.

Upon filing, I respectfully request that a filed-stamped and sealed copy of the Verified Complaint be made available for the Trustee's official records. Also seal and sign the summons submitted thanks.

Thank you in advance for your professional assistance and lawful handling of this matter.

Respectfully,
Latisa-Cristine: of the family micheaux
Trustee, TLM Living Irrevocable Family Trust
Without the United States

Any questions please call 316-553-1623