AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| TLM Living Irrevocable Family Trust,<br>by Trustee: Latisa-Cristine: of the family micheaux,<br>Claimant in Equity and Authorized Fiduciary<br><br>*Plaintiff(s)*<br>v.<br><br>Gregory Keith, the man acting in private capacity<br>beyond lawful judicial authority, outside Article III<br>jurisdiction<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  6:25-cv-01186-HLT-GEB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gregory Keith, the man acting in private capacity
beyond lawful judicial authority, outside Article III jurisdiction
1900 E Morris
Wichita, Kansas 637211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  TLM Living Irrevocable Family Trust,
by Trustee: Latisa-Cristine: of the family micheaux,
Claimant in Equity and Authorized Fiduciary
c/o 849 S Druty Lane
Wichita, Kansas

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   08/26/2025

s/ J. Kendall
*Signature of Clerk or Deputy Clerk*

**FedEx.**

August 27, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 883880677391

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | M.Mendez | **Delivery Location:** | 1900 E MORRIS ST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | WICHITA, KS, 67211 |
| | | **Delivery date:** | Aug 27, 2025 09:32 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 883880677391 | **Ship Date:** | Aug 26, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Gregory Keith - The Man, Sedgwick County Court
1900 E Morris St
WICHITA, KS, US, 67211

**Shipper:**
Trust Office Of Latisa C Micheaux, Care Of C/O
849 S Drury Ln
WICHITA, KS, US, 67207



M. MENDEZ
#3, 09:33, 1 Del, 0 NonDel

Thank you for choosing FedEx

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Latisa-Cristine: of the family Micheaux, Trustee for the TLM Living Irrevocable Family Trust,
Plaintiff/Claimant,

v.

Gregory Keith – The Man, acting without lawful jurisdiction,
Defendant.

Case No. 6:25-cv-1186

## AFFIDAVIT OF SERVICE

I, Latisa-Cristine: of the family Micheaux, Executrix and Trustee of the TLM Living Irrevocable Family Trust, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. On August 26, 2025, I caused to be served upon Gregory Keith – The Man, acting under the color of judicial authority, at 1900 E Morris St, Wichita, KS 67211, the following documents:

   - Verified Complaint in Equity
   - Summons (AO 440 and private equity form)
   - Civil Cover Sheet (JS-44)
   - Notice of Intent to Sue -faxed
   - Notice of Federal Litigation-faxed
   - Affidavit of Truth
   - Clerk Notification Notice

2. These documents were delivered via FedEx Priority Overnight under tracking number 883880677391.
3. Delivery was completed on August 27, 2025, at 9:32 AM, and signed for by M. Mendez at the Sedgwick County Courthouse.
4. A copy of the official Proof of Delivery is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2025.

*Latisa-Cristine: of the family Micheaux*
Latisa-Cristine: of the family Micheaux
Executrix & Trustee, TLM Living Irrevocable Family Trust
849 S Drury Ln
Wichita, Kansas Republic [67207]

