# IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS
(Wichita Division)

CASE NO. 25-cv-1189

The Private Trust,
by and through Trustee Latisa-Cristine: of the family micheaux, Executrix, in exclusive equity,
Plaintiff/Claimant,

v.

Gregory Keith,
A man acting in personal and private capacity,
beyond lawful judicial authority,
Defendant/Wrongdoer.

JUDICIAL NOTICE OF EQUITY PROCEDURE AND REBUTTAL OBLIGATION

COMES NOW, the Plaintiff/Claimant, The Private Trust, by and through Trustee Latisa-Cristine: of the family micheaux, Executrix in exclusive equity, and hereby places the Court and all parties on formal notice of the following procedural jurisdictional standard:

1. This case is brought exclusively in Article III Equity Jurisdiction, and does not submit to any statutory, legislative, or administrative procedures.

2. The Verified Complaint on file is affirmed under full liability and verified by affidavit, and therefore constitutes a lawful claim in exclusive equity.

3. In accordance with the rules of equity jurisprudence and the maxim "He who does not deny, admits," any defendant must respond to each verified point of claim by affidavit or sworn verified rebuttal.

4. A general denial, or motion to dismiss under Federal Rule of Civil Procedure 12, does not meet the procedural threshold in equity and constitutes non-response.

5. The rules of common law and equity, as enforced in Article III courts and governed by the Judiciary Act of 1789 (1 Stat. 73), require:

  - Full answer under oath.
  - Point-for-point rebuttal.
  - No presumption of jurisdiction.

6. Defendant Gregory Keith is hereby noticed that failure to rebut each verified claim by affidavit within the prescribed period constitutes tacit admission and default in equity.

7. Any attempt to submit procedural defenses absent proper sworn rebuttal shall be deemed procedurally non-responsive and may result in immediate motion for default.

Respectfully submitted,

/s/ Latisa-Cristine: of the family micheaux
Trustee and Executrix, in exclusive equity
The Private Trust
Dated: 8/27/2025

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Judicial Notice of Equity Procedure and Rebuttal Obligation was served upon the following party by [First Class Mail / Certified Mail  on this 27 day of august, 2025:

Gregory Keith
Sedgwick county juvenile division,
C/O 1900 E Morris
Wichita, Kansas 67211


Executed on this 27 day of August 2025.

/s/ Latisa-Cristine: of the family micheaux
Trustee and Executrix, in exclusive equity
The Private Trust

Office of Latisa Esther Cristine Micheaux Estate
P.O. Box 780281
Wichita, Kansas 67278