IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TLM Living Irrevocable Family Trust,<br>by Trustee: Latisa-Christine: of the family micheaux,<br>Claimant in Equity and Authorized Fiduciary<br>　　　　　　　　　　　　　　　Plaintiff, | )<br>)<br>)<br>)<br>) |
| v. | ) Case No. 25-1186-HLT-GEB |
| Gregory Keith, the man acting in private capacity,<br>Beyond lawful judicial authority, outside Article III<br>Jurisdiction<br>　　　　　　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendant Keith should be and hereby is granted fourteen (14) additional days in which to answer or otherwise plead to the petition filed herein. This is the first request for an extension. Defendant's answer or other responsive pleading was originally due September 17, 2025. The time to answer has not expired. Defendant's answer or other responsive pleading is now due on or before October 1, 2025.

Dated this 16th day of September 2025.

　　　　　　　　　　　　　　　　　　　Clerk of the United States District Court
　　　　　　　　　　　　　　　　　　　For the District of Kansas


　　　　　　　　　　　　　　　　　　　By: s/ N. Pevato - Deputy Clerk

1

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ James Eric Todd*
James Eric Todd, KS No. 24297
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
james.todd@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

TLM Living Irrevocable Family Trust,
By Trustee: Latisa-Christine: of the family micheaux,
Claimant in Equity and Authorized Fiduciary
c/o 849 S Drury Lane
Wichita, KS 67201

*/s/ James Eric Todd*
James Eric Todd