UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

TLM LIVING IRREVOCABLE FAMILY TRUST,
By and through the Estate Office™
Latisa-Christine: of the family Micheaux, sui juris,
Claimant in Equity,

Plaintiff,

September 24, 2025

v.

GREGORY D. KEITH, acting as man,
Defendant.

Case No. 6:25-cv-1186

ACKNOWLEDGEMENT OF EXTENSION AND OBJECTION TO MAGISTRATE'S JURISDICTION

Plaintiff acknowledges the Court's grant of Defendant's motion for an extension of time to answer, which extends the deadline until November 3, 2025. While the Plaintiff does not object to the timeline itself, the Plaintiff reaffirms its non-consent to the jurisdiction of Magistrate Judge Gwynne E. Birzer. (See docket entry #3. The Plaintiff asserts that this case involves constitutional claims and equity matters, which must only be heard by a district judge under Article III jurisdiction.

The Plaintiff continues to challenge the authority of the Magistrate to preside over constitutional matters or equity claims, and respectfully requests that all future proceedings be moved to a district judge, as the case involves substantive rights under Constitutional Law and Law Merchant principles.

Respectfully submitted,
_____
Latisa Esther Cristine Micheaux, Fiduciary
By and through the TLM Living Irrevocable Family Trust



CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2025, a true and correct copy of the Objection to Extension and Jurisdiction, together with the accompanying cover letter, was served via U.S. Mail, and email to clerk postage prepaid, addressed to:

Clerk of the U.S. District Court
District of Kansas

Assistant Attorney General James Todd
Office of the Kansas Attorney General
120 SW 10th Ave, 2nd Floor
Topeka, KS 66612

Service was made on behalf of the TLM Living Irrevocable Family Trust, appearing pro se by and through its Fiduciary office

Respectfully submitted,

/s/ Latisa Esther Cristine Micheaux, Fiduciary
By and through the TLM Living Irrevocable Family Trust

