U S DISTRICT COURT OF KANSAS

(WICHITA DIVISION)

Case # 25-CV-1186

NOTICE OF STANDING: NON-CONSENT TO MAGISTRATE     8/56/2025

This notice serves as a formal reaffirmation that the Claimant does **not consent to trial or any proceeding before a U.S. Magistrate Judge**, in whole or in part. The Claimant invokes exclusive Article III judicial jurisdiction under equity, as stated in the original Verified Complaint and accompanying cover letter.

No party signatures have been or shall be submitted on the "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" form. This matter shall remain before an Article III Judge as a matter of standing and law.

SERVICE METHOD:

The attached Summons and Verified Complaint will be served on the Defendant, Gregory Keith, via **FedEx Express Priority** with tracking, pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Kansas state law allowing for commercial carrier service.

Upon delivery confirmation, Claimant shall file a notarized **Affidavit of Proof of Service**, along with FedEx tracking receipt and supporting documentation, with the Clerk.

Respectfully,

 Latisa-Cristine: of the family Micheaux

Trustee & Executrix

TLM Living Irrevocable Family Trust

Non-Citizen, Non-Statutory, Article III Claimant

Case 6:25-cv-01186-HLT-GEB Document 13-1 Filed 08/26/25 Page 2 of 2