UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

Clerk of the Court

U.S. District Court, District of Kansas

Re: Case No. 6:25-cv-1186 — TLM Living Irrevocable Family Trust v. Gregory D. Keith

Dear Clerk of the Court,

Please find enclosed for filing the following documents in the above-captioned case:

- Objection to Extension and Jurisdiction
- Certificate of Service, which includes service to Assistant Attorney General James Todd

Please file the Objection to Extension and Jurisdiction with the Court and ensure the Certificate of Service is included in the record. I respectfully request confirmation that both documents have been properly docketed. A copy of the Certificate of Service is also being provided to Assistant Attorney General James Todd, in accordance with the service requirements.

Respectfully submitted,


/s/ Latisa Esther Cristine Micheaux, Fiduciary
By and through the TLM Living Irrevocable Family Trust

