FILED
U.S. District Court
District of Kansas

SEP 24 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

TLM LIVING IRREVOCABLE FAMILY TRUST,

By and through the Estate Office,

Latisa-Christine: of the family Micheaux, sui juris,

Claimant in Equity, pro se,

Plaintiff,

v.

GREGORY D. KEITH, acting as man,

Defendant.

09/22/2025

Case No. 6:25-cv-1186

NOTICE OF SUPPLEMENTAL EVIDENCE WITH EXHIBIT STIPULATION

This Notice of Supplemental Evidence is submitted by the TLM Living Irrevocable Family Trust, appearing pro se through its Fiduciary. The Trust seeks to clarify and strengthen the evidentiary record in support of its Verified Complaint.

Clarity of Submissions:
The Trust affirms that all documents submitted in this matter, past and present, have been prepared and written in plain English, without 'word magic' or trickery. The words are used in their ordinary and customary meaning, as taught and understood in common usage. Any characterization of these filings as frivolous or incomprehensible is therefore without merit and reflects a refusal by the Court to engage with the substance of the Trust's claims.

Stipulation of Exhibit Scope and Relevance:

For clarity of the record, the Trust stipulates the organization and purpose of the exhibits accompanying this Notice. This stipulation is for organizational clarity only and does not waive, limit, or alter any claim or remedy.

I. Exhibits A–E: Commercial Process / Notice–Cure–Default (Law Merchant & Equity)

A – Demand for Delegation of Authority (7-day cure, unrebutted): Demonstrates formal notice and opportunity to cure.
B – Commercial Default Invoice (June 23, 2025): Establishes default for failure to rebut.
C – Notice of Intent to File Commercial Lien (June 25, 2025): Notice of enforcement for continued dishonor.
D – Declaration of Commercial Lien (Aug. 4, 2025; TX SoS Filing #1492145090002): Perfected lien memorializing unrebutted default.
E – Proof of Service: USPS Certified Mail (PS Form 3800 + tracking printouts) and fax confirmations evidencing delivery/notice.

II. Exhibits F–H: Judicial Misconduct / Denial of Due Process & Access to Courts

F – Journal Entry (May 13, 2025): Restricts filings and refuses to recognize fiduciary standing.
G – Denial of Motion to Intervene (July 22, 2025): Contradicts prior instruction to move to intervene, evidencing arbitrary treatment.
H – Denial of Writ of Habeas / Clerk Refusal Order: Uses 'case closed (2018)' as a pretext to avoid constitutional and fraud-on-the-court issues; acknowledges filer by name yet refuses merits review. (Accompanied by explanatory page titled 'Judicial Misconduct and Canon Violations.')

All exhibits A–H are submitted in plain English; no 'word magic' or unconventional definitions are employed. Any characterization of these filings as frivolous or incomprehensible is unsupported and contradicted by the record.

Respectfully submitted,

/s/ Latisa Esther Cristine Micheaux, Fiduciary

By and through the TLM Living Irrevocable Family Trust

Estate Office: P.O. Box 780281

Wichita, Kansas Republic 67278

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2025, a true and correct copy of the Supplemental Evidence Notice with Exhibits A–H, together with the accompanying cover letter, was served via U.S. Mail, postage prepaid, addressed to:

Assistant Attorney General James Todd
Office of the Kansas Attorney General
120 SW 10th Ave, 2nd Floor
Topeka, KS 66612

Service was made on behalf of the TLM Living Irrevocable Family Trust, appearing pro se by and through its Fiduciary.

Respectfully submitted,

*[signature]* —Fiduciary
Latisa Esther Cristine Micheaux, Fiduciary – USPTO Reg # 99364489
By and through the TLM Living Irrevocable Family Trust



TLM living Family Trust
by Fiduciary, Latisa Esther Christin Meheaux, sui juris
ESTATE OFFICE
P.O. BOX 780281
WICHITA, KANSAS
67278

RETURN RECEIPT REQUESTED

CERTIFIED MAIL
9589 0717 5270 0717 6828 62

Retail
U.S. POSTAGE PAID
FCM LG ENV
WICHITA, KS 67207
SEP 22, 2025
$0.00
S2324A500269-2
RDC 99
67202

United States District Court of Kansas
Clerk of the Court
401 N. Market Rm 204
Wichita, Kansas
67202