<span style="color:magenta">**EXHIBIT A**</span>

Tracking # <span style="color:red">9589.0710.5270.0344.6830.27</span>

## IN THE EIGHTEENTH JUDICIAL DISTRICT

## COURT SEDGWICK COUNTY, KANSAS

## (CINC DIVISION)

Case No. SG-2024-JC-00377

In the Matter of: N.J.M.H.

**NOTICE OF CONSTITUTIONAL VIOLATIONS AND DEMAND FOR LAWFUL JUDICIAL AUTHORITY UNDER THE SEVENTH AMENDMENT**

Latisa-Cristine: of the family Micheaux, sui juris, Trustee of the TLM Irrevocable Living Family Trust, by Special Appearance and without waiver of any rights, hereby provides this Notice into the record:

1. The Seventh Amendment to the Constitution for the United States of America guarantees the sacred right to a trial by jury in all matters exceeding twenty dollars in controversy, which right shall not be infringed or denied.
2. The Honorable Gregory D. Keith, acting under color of law as a "judge," has continuously issued orders, judgments, and rulings without providing access to a constitutionally mandated jury, thereby violating the Seventh Amendment.
3. No verified judicial authority or lawful Article III delegation has been produced upon lawful demand by the undersigned.
4. Gregory D. Keith remains a licensed attorney # 13730, bound to the private BAR association, and therefore acts in conflict of interest when presiding without full disclosure, without constitutional authority, and without consent of the governed.
5. The undersigned has made repeated lawful challenges to jurisdiction, demands for proof of authority, and notices of Special Appearance, all of which have been disregarded in violation of due process and fundamental fairness.
6. Such actions constitute acts of fraud, deprivation of rights under color of law (18 U.S.C. § 242), conspiracy against rights (18 U.S.C. § 241), and breach of public trust.
7. The undersigned hereby demands immediate and verifiable proof of: a. Gregory D. Keith's lawful judicial commission under Article III authority; b. The lawful suspension or waiver of Seventh Amendment guarantees; c. The jurisdictional nexus permitting orders, judgments, or rulings against private Trust property without consent.
8. In the absence of such proof, all acts undertaken by Gregory D. Keith shall be deemed void ab initio, performed ultra vires, and rendered null and without force of law.

Respectfully lodged on this 28th day of April 2025.

/s/ Latisa-Cristine: of the family Micheaux
Living Woman, Trustee of the TLM Irrevocable Living Family Trust

**CERTIFICATE OF SERVICE**

I, Latisa-Cristine: of the family Micheaux, hereby certify that on this 28th day of April, 2025, I served a true and correct copy of the above NOTICE OF CONSTITUTIONAL VIOLATIONS AND DEMAND FOR LAWFUL JUDICIAL AUTHORITY UNDER THE SEVENTH AMENDMENT by United States Postal Service, Certified Mail, Return Receipt Requested, upon the following parties:

1. Gregory D. Keith, c/o 18th Judicial District Court, Sedgwick County Courthouse, 525 N. Main St., Wichita, KS 67203.nthru the clerk
2. Office of the Kansas Attorney General, 120 SW 10th Ave., 2nd Floor, Topeka, KS 66612.
3. Clerk of the District Court, 18th Judicial District Court, Sedgwick County Courthouse, 525 N. Main St., Wichita, KS 67203. (by fax for keith)

Executed on this 28th day of April 2025.

Latisa-Cristine: of the family Micheaux
Living Woman, Trustee of the TLM Irrevocable Living Family Trust