# EXHIBIT B

## Commercial Default Invoice

To: Gregory D. Keith

From: TLM Living Irrevocable Family Trust

By and through: Latisa Cristine: of the family Micheaux, Executrix and Trustee

Date: June 23, 2025

Dear Gregory D. Keith,

This invoice is issued pursuant to your failure to respond, cure, or rebut the lawful notices served upon you beginning May 28, 2025. You are in commercial default for violations of fiduciary duty, dishonor, trespass, and breach of trust as outlined in the constitutional violation notice, verified bill in equity, and supporting affidavits.

Charges Due:

| Description | Amount (USD) |
| --- | --- |
| Daily Default Rate ($1,000 x 27 days) | $27,000.00 |
| Administrative Non-Response Penalty | $25,000.00 |
| Dishonor of Constitutional Fiduciary Duty | $50,000.00 |
| Trespass Against Private Trust Jurisdiction | $100,000.00 |

Total Due as of June 23, 2025: $202,000.00

Remit payment or written rebuttal within ten (10) calendar days of this notice. Failure to do so will result in immediate enforcement of lien and collateral claims.

With all rights reserved in equity,

/s/ Latisa Cristine: of the family Micheaux
Executrix and Trustee
TLM Living Irrevocable Family Trust