## NOTICE OF INTENT TO FILE COMMERCIAL LIEN

Claimant:
TLM Living Irrevocable Family Trust
By and through Executrix and Trustee: Latisa Cristine: of the family Micheaux
All Rights Reserved, sui juris, non-statutory, UCC 1-308
Great Dey Ministries, Wichita, Kansas

Respondent:
Gregory D. Keith
Public Official / District Judge
18th Judicial District, Sedgwick County, Kansas

Date: June 25, 2025

### NOTICE

This NOTICE is issued under exclusive jurisdiction in equity and private trust administration. The TLM Living Irrevocable Family Trust, through its Executrix and Trustee, does hereby give lawful and final NOTICE of its intent to initiate a commercial lien enforcement process upon Gregory D. Keith for unrebutted default, dishonor, and fiduciary violations arising from:

- Judicial misconduct and unauthorized adoption harming trust property (2015–2025)
- Failure to respond to Affidavits, Notices, and Summonses served in good faith
- Violations against private property, secured interest, and trust beneficiaries

### ACTIONS TAKEN TO DATE

Gregory D. Keith has been lawfully served with:
- Constitutional Violation Notice (April 28, 2025)
- Administrative Notice of Release (April 28, 2025)
- Judicial Notice and Demand (May 21, 2025)
- Judicial Misconduct Complaint (May 29, 2025)
- Verified Bill in Equity with Summons (June 2, 2025)
- Affidavit of Non-Response (June 4, 2025)
- Affidavit of Default and Dishonor (June 9, 2025)

As of June 23, 2025, the Respondent has failed to rebut any of the above notices or cure his commercial default. Silence has been taken as tacit acquiescence under the rules of equity.

### COLLATERAL CLAIMED

The Trust intends to perfect and record a commercial lien against the following property and rights held by Gregory D. Keith:

- Judicial bond, fiduciary license, and indemnity rights
- Salaries, pensions, bank accounts, and real/personal property
- Any judicial judgments or orders issued from 2015 to present
- All current and future property interests acquired under color of law

## CONSEQUENCES AND CONDITIONS

The commercial lien shall be enforced unless Gregory D. Keith:
1. Provides lawful and verified rebuttal with proof of jurisdiction;
2. Responds to all unrebutted instruments with evidence and authority;
3. Remits compensation for damages totaling $1,000,000 USD as of June 23, 2025;

Failure to satisfy these conditions will result in:
- Immediate lien recording and publication
- Referral to bonding agents and fiduciary oversight entities
- Seizure and claim of all assets under lien
- Expanded enforcement across jurisdictions

## FINAL DECLARATION

This is the final administrative warning and notice before commercial enforcement. Any continued silence or retaliation shall be construed as further breach, triggering expanded damages and full collateral seizure under equity.

IN HONOR AND GOOD FAITH,

/s/ Latisa Cristine: of the family Micheaux
Executrix and Trustee
TLM Living Irrevocable Family Trust
All Rights Reserved, sui juris, UCC 1-308