EXHIBIT D

# EIGHTEENTH DISTRICT COURT OF SEDGWICK KANSAS
## CINC DIVISION

### CASE # 24-JC-03777

## DECLARATION OF COMMERCIAL LIEN

From:

Latisa Cristine of the family Micheaux
Executor, non-statutory, not a United States citizen
C/O 849 S Drury Lane
Wichita Kansas

To:

Hon. Gregory D. Keith
Eighteenth Judicial District Court
Sedgwick County Courthouse
525 N. Main St., Suite 318
Wichita, Kansas 67203

Date: 8/4/2025

RE: Declaration of Commercial Lien against Gregory D. Keith in his personal and official capacity, perfected under UCC Financing Statement filed with the Texas Secretary of State.

I, Latisa Cristine of the family Micheaux, being of lawful age and competent to testify, and standing in my capacity as Executor, non-statutory, not a United States citizen, hereby declare and affirm the following:

1. That I have standing in equity as the living woman, non-statutory, sui juris, and in full control of my private trust.

2. That I have lawfully and properly served upon Gregory D. Keith, in his personal and official capacity as judge of the Eighteenth Judicial District Court, the following instruments:
   - Security Agreement and Obligation, duly noticed and served.
   - Invoice of damages and obligation to pay.

"This document is filed to place the court, agents, and participants on lawful and spiritual notice of the perfected lien against Gregory D. Keith, filed in a separate jurisdiction. This court has no authority to terminate, modify, or disregard the lawful commercial standing

already established.

- Notice of Opportunity to Cure.
- Notice of Default.

3. That Gregory D. Keith failed to rebut, cure, or otherwise respond within the time provided in good faith, and is thereby in default under the terms of the Security Agreement and Obligation.

4. That as a result of said default, a Financing Statement (UCC-1) was filed and recorded with the Texas Secretary of State on 6/23/2025, under Filing Number 1492145090002, thereby perfecting a lawful and enforceable security interest and commercial lien against Gregory D. Keith.

5. That this lien arises from his unrebutted default, bad faith, breach of fiduciary duty, and injury to my family and trust property, all as documented and served in the administrative record.

6. That this Declaration of Commercial Lien is provided as sworn testimony of the lawful basis for the lien and is served with notice to preserve all rights, claims, and remedies.

I affirm under penalty of perjury under the laws of the United States of America and in accordance with the Uniform Commercial Code that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 8 day of AUGUST, in the year of the most high 2025

Respectfully submitted,

Latisa Cristine of the family Micheaux
Executor, non-statutory, not a United States citizen

"This document is filed to place the court, agents, and participants on lawful and spiritual notice of the perfected lien against Gregory D. Keith, filed in a separate jurisdiction. This court has no authority to terminate, modify, or disregard the lawful commercial standing already established.

**UCC FINANCING STATEMENT**
**FOLLOW INSTRUCTIONS**

| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) |
|---|
| latisa esther cristine estate/trust 3165531623 |

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| latisa esther cristine estate/trust |
| 849 S Drury Lane |
| Wichita, KS 67207-2017 |
| USA |

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER: 25-0032372963**
**FILING DATE: 06/23/2025   01:12 AM**
**DOCUMENT NUMBER: 1492145090002**
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| KEITH | GREGORY | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 535 N Main | WICHITA | KS | 67203 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b)...

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| of the famile Micheaux – Executrix/Tr | Latisa-Cristine: | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 4828 Kensington | Wichita | KS | 67208 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
SECURITY AGREEMENT Secured Party: TLM Living Irrevocable Family Trust By and through: Latisa Cristine: of the family Micheaux, Trustee Debtor: Gregory D. Keith, District Judge Jurisdiction: Eighteenth Judicial District, Sedgwick County, Kansas This agreement secures the property interests and equitable standing of the Trust and Trustee in relation to the harmful and unauthorized actions by Gregory D. Keith from April 28, 2015 through June 23, 2025. AFFIDAVIT OF STANDING Latisa Cristine: of the family Micheaux affirms her capacity as Trustee and Executrix for the TLM Living Irrevocable Family Trust, having full standing to enforce lawful claims and equitable rights against the above-named debtor. AFFIDAVIT OF OBLIGATION This affidavit sets forth the uncontested obligations incurred by Gregory D. Keith due to unrebutted notices, unlawful judicial actions, failure to respond, and denial of due process. Total obligation: $1,000,000 USD. AFFIDAVIT OF DAMAGES Breakdown of damages due to: - Emotional harm and trauma to trust beneficiaries - Judicial obstruction and abuse of process - Fiduciary interference - Retaliation - Legal remedy costs Total: $1,000,000 USD AFFIDAVIT OF NON-RESPONSE Served constitutional violation and other notices received as early as April 28, 2025. As of June 4, 2025, Gregory D. Keith had failed to answer or rebut in writing. AFFIDAVIT OF DEFAULT Finalized June 23, 2025. Unrebutted notices, failure to respond, and continued dishonor confirm Gregory D. Keith's default

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Commercial Lien on Gregory Keith by TLM Living Family Trust.

page 2

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9: NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**

OR

**9b. INDIVIDUAL'S SURNAME**
KEITH

**FIRST PERSONAL NAME**
GREGORY

**ADDITIONAL NAME(S)/INITIAL(S)**       **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**       **SUFFIX**

**10c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

**11b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**

and liability under equity and contract law. INVOICE Default invoice issued per fee schedule. Total accrued: $1,000,000 USD. Default Date: June 23, 2025 FEE SCHEDULE Published remedy rates for unrebutted constitutional violations, obstruction of trust duties, and administrative interference. Standing under UCC 1-308 and equitable trust doctrine. NOTICE AND DEMAND Constitutional Violation Notice dated April 28, 2025 Judicial Misconduct Demand and Notice dated March 18, 2025 Includes: Denial of due process, unlawful adoption acts, abuse of judicial position, defiance of constitutional and trust jurisdiction, refusal to honor writs or notices. All documents are under full penalty of perjury by the affiant and protected under equity, trust

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

page 3

| UCC FINANCING STATEMENT ADDENDUM |||
|---|---|---|
| FOLLOW INSTRUCTIONS |||
| 9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ |||
| OR | 9a. ORGANIZATION'S NAME | |
| | 9b. INDIVIDUAL'S SURNAME<br>KEITH | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |
| | FIRST PERSONAL NAME<br>GREGORY | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

4. This FINANCING STATEMENT covers the following collateral:

law, and UCC protocols. Submitted for lawful public notice under Texas Business & Commerce Code Chapter 9 and supporting constitutional principles. Affiant Sayeth Naught.

FILING OFFICE COPY