

# FAX

**TO:**

Name: Clerk of Court

Fax Number: (316) 941-5352          # of Pages: 3
(including cover sheet)

**FROM:**

Name: Sultana Atisah El

Fax Number: (316) 669-3003

**Subject:** file on case # 2024-JC-000377

**Message:**

"Please file-stamp the enclosed document and return a copy to me at the fax number or mailing address listed above."  if there is a charge please let me know. i know this doc would be classified as confidential, but I still request as trustee for a copy mailed to me please for trust records.

IN THE DISTRICT COURT OF SEDGWICK COUNTY
JUVENILE DIVISION – CINC JURISDICTION

Case No.: 24-JC-00377

# SUPPLEMENTAL AFFIDAVIT OF TRUST AUTHORITY AND JURISDICTION

FROM: Latisa Cristine: of the family Micheaux

Executrix / Trustee – TLM Family

WITHOUT PREJUDICE – WITHOUT STATUTORY CONSENT

DATE: May 12, 2025

This Affidavit is submitted in addition to the recorded Affidavit of Trust Authority and Jurisdiction on public record and forms part of the exclusive equity enforcement actions initiated under the authority vested in the undersigned Trustee.

This supplement affirms that all biological heirs, living property, and interests listed under the TLM Family Trust and Great Dey Ministries are secured under exclusive equitable jurisdiction. No state agency, administrative court, or foreign authority has any lawful right to intervene, administer, or adjudicate any matter involving said property without express written trust consent.

The trust instruments, declarations, authenticated vital records, and attached exhibits previously filed and now reasserted by this supplement remain unrebutted in law, in fact, and in equity.

Any acts taken against said trust property without Trustee authority are deemed fraud, breach of trust, trespass, and color of law violations, and shall invoke lawful equity enforcement and fee schedule penalties.

All facts stated herein are made from firsthand knowledge, not belief, and are affirmed under trust oath, in exclusive equity jurisdiction and without commercial, statutory, or corporate interference.

/s/ Latisa Cristine: of the family Micheaux
Executrix, Trustee, Beneficiary
TLM Family Trust / Great Dey Ministries
WITHOUT PREJUDICE – WITHOUT STATUTORY CONSENT

Mon May 26th, 2025 5:47 PM Central Time

PROOF # ②

# FAX

FAX- (316) 669 - 3003
LOCATION OF TRUSTEE
- 849 S DRURY6 LANE
WICHITA KANSAS

**TO:**

Name: **CLERK OF THE COURT**

Fax Number: **(316) 941-5352**     # of Pages: **4**
(including cover sheet)

**FROM:**

Name: Sultana Atisah El

Fax Number: (316) 669-3003

**Subject:**

**Message:**

"The refusal of the recording of this instrument into the case on behalf of the TLM FAMILY TRUST constitutes:
– Willful obstruction of trust enforcement in equity
– Constructive fraud by omission
– A breach of fiduciary duty and public trust
– Commercial dishonor and default by administrative agents
– Interference with secured biological trust property
– Knowingly aiding unlawful detention absent jurisdiction
– Activation of personal liability under unrebutted fee schedule and equity lien authority

# AFFIDAVIT OF STANDING

I, Latisa Cristine of the family Micheaux, sui juris, a Private Indigenous American by Bloodline, competent in mind and body, of lawful age, do affirm the following is true, correct, and complete to the best of My firsthand knowledge and understanding:

### 1. Status and Lawful Standing:

Affiant is the sole, living Beneficiary and Executor of Her Private Family Trust Estate, known as the TLM LIVING FAMILY Trust. No contract, obligation, or lawful delegation exists whereby jurisdiction is granted to statutory, administrative, or commercial courts. Affiant is not a person' or corporate entity, does not reside in a federal zone, and does not waive Rights secured under natural, common, and constitutional law.

### 2. Original Jurisdiction and Non-Consent:

Affiant has declared on record Her exclusive reliance on equity jurisdiction, not commercial or statutory venue. At no point has Affiant consented to arbitration, administrative review, or tribunal processing absent constitutional due process. All attempted conversions of Affiant's filings into public processes are rejected as acts of fraud and trespass.

### 3. Trust Domain and Private Estate:

Affiant affirms that Her estate, filings, UCC-1 Financial Statements, and all derivative interests are private property. Said interests are protected by trust law and commercial law, including but not limited to U.C.C. 1-308, 9-610, and secured party protections.

### 4. Constructive Fraud and Trespass:

Any unauthorized action against the Trust Estate, including UCC terminations, use of Affiant's name, or impersonation in court proceedings, constitutes willful trespass, commercial interference, and fraud in commerce. Affiant reserves all remedies and rights of recourse.

### 5. Notice and Reservation of Rights:

Notice is hereby given to all agents and officers, public or private, that Affiant does not operate in commerce, and any assumption to the contrary is rejected. All Rights reserved under the Constitution and commercial maxims.

I affirm under penalty of perjury under the laws of the united States of America and the State of Kansas that the foregoing is true, correct, and complete, so help Me God.

Executed on this May 13, 2025.


/s/ Latisa Cristine of the family Micheaux
Latisa Cristine of the family Micheaux, sui juris







