ELECTRONICALLY FILED
2025 May 13 AM 8:35
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: SG-2024-JC-000377
BY COMPLIANT

# IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT, SEDGWICK COUNTY, KANSAS
### JUVENILE DEPARTMENT

| | |
|---|---|
| IN THE INTEREST OF ) | |
| ) | Case No : SG-2024-JC-000377 |
| ) | |
| Nailah J. Micheaux-Holloman. ) | |
| ) | |

## JOURNAL ENTRY

NOW on this 13th day of May, 2025, the above captioned matter comes before the Court on Latisa Cristine Micheaux filing of April 30th, 2025 and twelve separate filings of May 5th, 2025 and a letter sent to the Court dated April 23rd, 2025. Oral argument is neither necessary nor helpful to assist the Court is it resolution.

WHERUP●N the Court, after review of the filings, the case file and being duly advised of the premises, makes the following findings of fact and conclusions of law:

1. Latisa Cristine Micheaux is not a party to above captioned case, nor an Interested Party as defined by K.S.A. 38-2241 and therefor has no standing in the present matter.

2. It is difficult to ascertain, if not impossible, exactly what Ms. Micheaux is requesting of the Court in the majority of her filings. Many are simply Notice or Statements. They contain language that is often used in "Sovereign Citizen" arguments. In filings Ms. Micheaux makes demands, not request of the Court, with minimal statutory and no case law to support her position. For such reasons the Court will treat the filings as correspondence.

3. Ms. Micheaux actions have the possibility of interfering with goal of reintegration of the minor child with her parents and not in the best interest of the child.
4. Ms. Micheaux has a history of frivolous filings in past cases, even after closure.
5. Ms. Micheaux filings of May 5th, 2025, are considered voluminous and do not serve any useful purpose in the present case.
6. The letter dated April 23rd is an ex parte communication, which is improper. Canon 2, Rule 2.9, The Kansas Code of Judicial Conduct.
7. The court has considered the factors listed in State ex rel. Stoval v. Lynn, 26 Kan. App. 2d 79, 975 P.2d 813, (1999).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Latisa Cristine Micheaux may only file a motion for interested party status, but until such time she is granted interested party status, she is prohibited from filing any other pleadings or documents in the present case.

IT IS SO ORDERED.

HON. GREGORY D. KEITH,
Division 3 DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Journal Entry was mailed, postage prepaid, by U.S. Postal Service, on the 13th day of May, 2025 addressed to:

    Latisa Cristine Micheaux
    849 S. Drury Ln
    Wichita, KS 67204

And further was served by the Court's eFlex electronic filing system and by electronic e-mail transmission, on this 13th day of May, 2025, to the following:

    Mark Jordan   mark.jordan@sedgwick.gov
    Attorney for the State

    Patrick Mitchell  pat@beallandmitchell.com
    Guardian Ad Litem

    Peter Hagan  peter@haganlaws.com
    Attorney for Keshawn Holloman

    Denise Donnelly-Mills  ddm14229@yahoo.com
    Attorney for Nevaeh Micheaux-Holloman

    Jacquelyn Henley  Jacquelyn.Henley@kscourts.gov
    Court Service Officer

    Erica Case  ecase@emberhope.org

    Counsel for Ember Hope Connections

HON. GREGORY D KEITH,
Division 3 DISTRICT JUDGE

3


NOT Filed

IN THE DISTRICT COURT OF SEDGWICK COUNTY
JUVENILE DIVISION – CINC JURISDICTION

Case No.: 24-JC-00377

## SUPPLEMENTAL AFFIDAVIT OF TRUST AUTHORITY AND JURISDICTION

FROM: Latisa Cristine: of the family Micheaux

Executrix / Trustee – TLM Family Trust / Great Dey Ministries

WITHOUT PREJUDICE – WITHOUT STATUTORY CONSENT

DATE: May 12, 2025

This Affidavit is submitted in addition to the recorded Affidavit of Trust Authority and Jurisdiction on public record and forms part of the exclusive equity enforcement actions initiated under the authority vested in the undersigned Trustee.

This supplement affirms that all biological heirs, living property, and interests listed under the TLM Family Trust and Great Dey Ministries are secured under exclusive equitable jurisdiction. No state agency, administrative court, or foreign authority has any lawful right to intervene, administer, or adjudicate any matter involving said property without express written trust consent.

The trust instruments, declarations, authenticated vital records, and attached exhibits previously filed and now reasserted by this supplement remain unrebutted in law, in fact, and in equity.

Any acts taken against said trust property without Trustee authority are deemed fraud, breach of trust, trespass, and color of law violations, and shall invoke lawful equity enforcement and fee schedule penalties.

All facts stated herein are made from firsthand knowledge, not belief, and are affirmed under trust oath, in exclusive equity jurisdiction and without commercial, statutory, or corporate interference.

/s/ Latisa Cristine: of the family Micheaux
Executrix, Trustee, Beneficiary
TLM Family Trust / Great Dey Ministries
WITHOUT PREJUDICE – WITHOUT STATUTORY CONSENT

Date: May 6th, 2025
Email: ancestors1st@gmail.com



**ALL RIGHTS RESERVED**


*Not Filed*

IN THE DISTRICT COURT OF SEDGWICK COUNTY
JUVENILE DIVISION – CINC JURISDICTION

Case No.: 24-JC-00377

---

# SUPPLEMENTAL AFFIDAVIT OF TRUST AUTHORITY AND JURISDICTION

FROM: Latisa Cristine: of the family Micheaux

Executrix / Trustee – TLM Family Trust / Great Dey Ministries

WITHOUT PREJUDICE – WITHOUT STATUTORY CONSENT

DATE: May 12, 2025

This Affidavit is submitted in addition to the recorded Affidavit of Trust Authority and Jurisdiction on public record and forms part of the exclusive equity enforcement actions initiated under the authority vested in the undersigned Trustee.

This supplement affirms that all biological heirs, living property, and interests listed under the TLM Family Trust and Great Dey Ministries are secured under exclusive equitable jurisdiction. No state agency, administrative court, or foreign authority has any lawful right to intervene, administer, or adjudicate any matter involving said property without express written trust consent.

The trust instruments, declarations, authenticated vital records, and attached exhibits previously filed and now reasserted by this supplement remain unrebutted in law, in fact, and in equity.

Any acts taken against said trust property without Trustee authority are deemed fraud, breach of trust, trespass, and color of law violations, and shall invoke lawful equity enforcement and fee schedule penalties.

All facts stated herein are made from firsthand knowledge, not belief, and are affirmed under trust oath, in exclusive equity jurisdiction and without commercial, statutory, or corporate interference.

/s/ Latisa Cristine: of the family Micheaux
Executrix, Trustee, Beneficiary
TLM Family Trust / Great Dey Ministries
WITHOUT PREJUDICE – WITHOUT STATUTORY CONSENT

Date: May 6th, 2025
Email: ancestors1st@gmail.com

