ELECTRONICALLY FILED
2025 Jul 22 PM 1:07
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: SG-2024-JC-000377

# IN THE EIGHTEENTH JUDICIAL DISTRICT DISTRICT COURT, SEDGWICK COUNTY, KANSAS JUVENILE DEPARTMENT

| | |
|---|---|
| IN THE INTEREST OF ) | |
| ) | Case No : SG-2024-JC-000377 |
| ) | |
| Nailah J. Micheaux-Holloman. ) | |
| _____) | |

## JOURNAL ENTRY

NOW on this 22nd day of July, 2025, the above captioned matter comes before the Court on Latisa Cristine Micheaux's motion filed July 14th, 2025. Oral argument is neither necessary nor helpful to assist the Court is it resolution.

WHERUPON the Court, after review of the filings, the case file and being duly advised of the premises, makes the following findings of fact and conclusions of law:

1. The Court previously ruled on May 13, 2025, that Ms. Micheaux was restricted from making any future filings due to her past actions and she was not a party to the above captioned case. The Court did allow a filing for a Request for Interested Party Status.
2. While it is difficult to ascertain, if not impossible, exactly what Ms. Micheaux is requesting, of the Court, in the majority of her motion, she does, however, make a reference to Interested Party. As Ms. Micheaux is pro se the Court liberally construed her filing as a request to be an interested party as defined by Kansas Statute and allowed the filing of said Motion.
3. Ms. Micheaux makes no representations in her motion that she would qualify, under K.S.A. 38-2241, to be an interested party.

1

4. Despite the Court's ruling, Ms. Micheaux has continued attempting to file documents and pleadings, which were subsequently denied pursuant to the Court's order. Ms. Micheaux also sent correspondence to the Court after being informed that ex parte communication is improper. In one envelope, it contained the Court's written order of May 13th with the word "REJECTED" scrawled across the first page. She has also sent correspondence to the Clerk.
5. Ms. Micheaux has demonstrated she is unwilling to follow and comply with the Court's order.
   6. The Court does not believe that it would be in the best interest of the child for Ms. Micheaux to be granted Interested Party Status
   7. The Court has no basis therefore to grant the relief requested.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Latisa Cristine Micheaux request for Interested Party Status is hereby DENIED. The Court's previous Order of May 13th, 2025 remains in effect.

IT IS SO ORDERED.

HON. GREGORY D KEITH,
Division 3 DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Journal Entry was mailed, postage prepaid, by U.S. Postal Service, on the 22nd day of July, 2025 addressed to:

Latisa Cristine Micheaux
849 S. Drury Ln
Wichita, KS 67204

And further was served by the Court's eFlex electronic filing system and by electronic e-mail transmission, on this 22nd day of July, 2025, to the following:

Mark Jordan   mark.jordan@sedgwick.gov
Attorney for the State

Patrick Mitchell pat@beallandmitchell.com
Guardian Ad Litem

Peter Hagan peter@haganlaws.com
Attorney for Keshawn Holloman

Denise Donnelly-Mills ddm14229@yahoo.com
Attorney for Nevaeh Micheaux-Holloman

Current CSO Shannon Wilson
Court Service Officer Shannon.Wilson@kscourts.gov

HON. GREGORY D KEITH,
Division 3 DISTRICT JUDGE

**STATE OF KANSAS**
**SEDGWICK COUNTY**
I hereby certify that the foregoing is a true and correct copy of the original instrument on file in this court. Dated: July 22, 2025
Clerk of the District Court

By Andrea Matenaro
Deputy Clerk

3