# LATISA ESTHER CHRISTINE MICHEAUX ESTATE OFFICE INC.
*P.O. Box 780281*
*Wichita, Kansas Republic [67278]*
**Fiduciary Correspondence — Private & Confidential**

Date: October 8, 2025

**To:**
Honorable Judge Holly L. Teeter
United States District Court
District of Kansas
500 State Avenue, Suite 521
Kansas City, Kansas 66101

### Subject: Notice of Appreciation

Dear Judge Teeter,

In my fiduciary capacity, I wish to extend my sincere appreciation for your professional attention and measured consideration regarding matters presently before your court. Your diligence, decorum, and respect for due process are noted and valued.

This correspondence is not intended to address any specific case or ruling, but simply to acknowledge your time and conscientious approach to judicial service. It is my belief that acknowledgment of integrity and fairness within public service is as important as the pursuit of justice itself.

With the highest respect and esteem,

**Respectfully submitted,**

/s/ Latisa Esther Cristine Micheaux
Fiduciary by and through the
LATISA ESTHER CHRISTINE MICHEAUX ESTATE OFFICE INC.
All Rights Reserved

