UNITED STATES DISTRICT COURT
Of KANSAS
(Wichita Division)
401 N Market Rm 204
Wichita Kansas 67203

TLM LIVING IRREVOCABLE FAMILY TRUST,
By and through the Estate Office,
Plaintiff,

                v.                                                    Case # 6:25-cv-1186

JUDGE GREGORY D. KEITH,                                         10/10/2025

Defendant.

### Notice of Governing Laws in Equity

TO ALL PARTIES AND THE COURT:

This document serves to formally assert that all matters relating to the claims, rights, and actions of the TLM Living Irrevocable Family Trust, by and through the Estate Office, shall be governed by the laws of equity, maxims of law, biblical law, and universal law. These principles shall take precedence over statutory laws, regulations, or ordinances, including any that may be referenced or applied in the actions of Judge Gregory D. Keith or any parties involved in this proceeding.

1. Laws of Maxims

The maxims of law shall guide the resolution of all claims and actions, including, but not limited to:
- Equity will not suffer a wrong to be without a remedy.
- Equity regards as done that which ought to be done.
- He who comes into equity must come with clean hands.

These maxims ensure fairness, justice, and moral integrity are the foundation of the claims in this case.

2. Biblical Laws

The biblical laws are considered an intrinsic part of the legal framework within which the Trust operates, and they guide the behavior and actions of all parties involved:
- 'Thou shalt not bear false witness against thy neighbor.' (Exodus 20:16)
- 'The truth shall set you free.' (John 8:32)
- 'Let all things be done decently and in order.' (1 Corinthians 14:40)

These laws represent the highest moral and ethical standards under which the fiduciaries and the Trust operate, ensuring the legitimacy of all actions taken in the administration of this case.

3. Universal Law

Universal Law transcends man-made codes and applies to all actions, ensuring that each party's rights are protected in accordance with the laws of nature and justice. This includes:
- The inherent right to life, liberty, and property, which cannot be infringed upon without due process and proper standing.
- The principle that all legal actions must align with the fundamental rights and freedom of choice inherent in every individual and entity.

4. Equity Jurisdiction

The Trust asserts that the jurisdiction for this matter is firmly in the realm of equity. It is equity, not statutory law, that governs the fiduciary relationship between the Trust and its beneficiaries, and it is equity that will ensure justice is served in this case. We request that this Court proceed under equitable principles in all matters pertaining to the claims made in this case.

5. Notice of Jurisdictional Consideration

We also place the Court on notice that the actions of Judge Gregory D. Keith, and all parties involved in the matter, are subject to these higher principles of equity, and that statutory jurisdiction or the authority of the state's judicial system may not be applicable to this case. This assertion is not a challenge to the jurisdiction of this Court, but rather a reminder of the foundational principles that govern the matters before this Court.

In conclusion, the TLM Living Irrevocable Family Trust, by and through the Estate Office, asserts that all actions, claims, or orders related to this case are to be evaluated in accordance with the governing laws of equity, biblical law, and universal law. These laws shall guide the Court's decisions in matters of trust administration, rights protection, and legal remedy, in line with the core values of justice, fairness, and morality.

By acknowledging this notice, all parties involved are presumed to respect and adhere to these governing laws in all legal and equitable proceedings.

/s/ Latisa Christine Micheaux

10/10/2025

Trust Name: TLM Living Irrevocable Family Trust

Estate Office Address: P O **Box 780281 Wichita**