IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS
(Wichita Division)

Case No. 6:25-cv-1186

**Office of the Estate of Latisa Esther Christine Micheaux**

P.O. Box 780281 • Wichita, Kansas 67278
Email: ancestors1st@gmail.com
All Rights Reserved – Without Prejudice – UCC 1-308

Date: October 13, 2025

**To:**
Clerk of the Court
United States District Court of Kansas
401 N Market Rm 204

Wichita Kansas 67203

**Re: Notice of Service — Reminder — Request for Delegation of Authority (Case No. 6:25-cv-1186)**

This is to confirm that on 10/16/2025, the Estate Office sent the following documents to Assistant Attorney General James Eric Todd at the Kansas Attorney General's Office via Certified Mail and email:

1. Reminder — Request for Delegation of Authority
2. Hold Harmless and Identity Agreement
3. Demand for Delegated Authority

The documents were sent by Certified Mail (Tracking No. 9589.0710.5270.0344.6829.07) and also by email to james.todd@ag.ks.gov.

The Hold Harmless Agreement and the Estate Office's were included in the certified mail packet but are not filed publicly with the court.

Respectfully,

/s/ Latisa Esther Cristine Micheaux™
Fiduciary, TLM Living Irrevocable Family Trust
P.O. Box 780281, Wichita, KS 67278
Email: ancestors1st@gmail.com