**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**
Case No. 6:25-CV-1186
Article III Jurisdiction

**LATISA E. C. MICHEAUX ESTATE OFFICE, Fiduciary for TLM Living Trust, Claimant in Equity,**
Plaintiff,

v.

**Gregory D. Keith, et al.,**
Defendants.

**Filed in Equity – Article III Jurisdiction**

**MOTION TO ORDER ASSISTANT ATTORNEY GENERAL TO PRODUCE WRITTEN DELEGATION OF AUTHORITY (FOLLOWING ESTABLISHED DEFAULT)**

## I. NATURE OF THE MOTION

This Motion is made in equity, not under statutory jurisdiction, and seeks an Order compelling Assistant Attorney General James Todd to produce written and verifiable Delegation of Authority from the Kansas Attorney General's Office authorizing him to represent Gregory D. Keith, Respondent in this matter.

## II. BACKGROUND AND FACTUAL BASIS

1. The Claimant previously issued three formal Notices and Demands for Delegation of Authority, each lawfully served and unrebutted.
2. Each failure to respond constitutes dishonor in commerce and default in equity, establishing a presumption of lack of lawful delegation.
3. The Claimant acts through the LATISA E. C. MICHEAUX ESTATE OFFICE, Fiduciary for TLM Living Irrevocable Family Trust.
4. The Attorney General's Office, through James Todd, continues to act without verified authority on record, violating due process and fiduciary duty.

## III. RELIEF REQUESTED

Claimant in Equity requests the Court to:

1. Order Assistant Attorney General James Todd to produce a written Delegation of Authority issued by the Attorney General of Kansas within ten (10) days of receipt of this Order;
2. Acknowledge the three existing defaults already established in equity; and

3. Enter this Motion into the record to preserve the equitable standing of the LATISA E. C. MICHEAUX ESTATE OFFICE™.

## IV. EQUITY STANDING

This Motion is not made by a statutory person but by a registered principal and fiduciary of a private trust estate, proceeding in good faith, honor, and equity. All filings herein are made in plain English and under Article III jurisdiction.

Respectfully submitted this 30 day of October 2025.

**LATISA E. C. MICHEAUX ESTATE OFFICE™**
Fiduciary for TLM Living Irrevocable Family Trust

**/s/ Latisa Esther Cristine Micheaux, Fiduciary**

   **Location: P O Box 780281,Wichita, Kansas 67278**

   **316-625-6555**



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion has been served upon:

- The Clerk of the U.S. District Court for the District of Kansas; and
- Assistant Attorney General James Todd, Office of the Kansas Attorney General, Topeka, Kansas both via Email.

Service executed via certified mail this 30th day of October 2025.