IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
Case No. 6:25-CV-1186

**LATISA E. C. MICHEAUX ESTATE OFFICE, Fiduciary for TLM Living Trust, Claimant in Equity,**
Plaintiff,

v.

**Gregory D. Keith, et al.,**
Defendants.

**Filed in Equity – Article III Jurisdiction**

## NOTICE OF FINAL DEFAULT AND DISHONOR FOR FAILURE TO PROVIDE DELEGATION OF AUTHORITY

LATISA E. C. MICHEAUX ESTATE OFFICE,
Fiduciary for TLM Living Irrevocable Family Trust,
Latisa Esther Cristine Micheaux, Fiduciary, Claimant in Equity,
respectfully submits this Notice in Equity and states the following:

## I. PURPOSE OF NOTICE

This Notice formally records the final default and dishonor of Assistant Attorney General James Todd for failure to produce written Delegation of Authority as previously demanded and required.

## II. BACKGROUND AND FACTUAL BASIS

1. On three separate occasions, Claimant served lawful Notices and Demands for Delegation of Authority upon Assistant Attorney General James Todd, via certified mail and email.
2. No verified Delegation of Authority has been produced to date.
3. Such continued silence constitutes dishonor in commerce, default in equity, and lack of lawful delegation to act on behalf of the Attorney General or the State of Kansas.
4. Claimant acts through the LATISA E. C. MICHEAUX ESTATE OFFICE, Fiduciary for TLM Living Irrevocable Family Trust.
5. Assistant Attorney General Todd's continued appearance without proper delegation constitutes unauthorized representation and interference with a federally protected private trust.

## III. NOTICE OF FINAL DEFAULT

1. The Attorney General's Office and Assistant Attorney General James Todd are hereby given final notice of default and dishonor.
2. Failure to provide a certified, signed Delegation of Authority within ten (10) days of this filing shall be deemed willful default, confirming lack of authority and standing.
3. Claimant reserves all rights to proceed in commerce and equity to enforce remedies available under law merchant, trust law, and constitutional law.

## IV. EQUITY STANDING

This Notice is submitted by a private fiduciary proceeding in good faith, honor, and equity. All words herein are written in plain English, without wordplay or presumption of statutory jurisdiction.

Respectfully submitted this 30th-day of October, 2025.

/s/ LATISA E. C. MICHEAUX ESTATE OFFICE
Fiduciary for TLM Living Irrevocable Family Trust

PO Box 780281, Wichita Kansas 67278

316-625-6555


Latisa Esther Cristine Micheaux, Fiduciary



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice has been served upon:

- The Clerk of the U.S. District Court for the District of Kansas; and
- Assistant Attorney General James Todd, Office of the Kansas Attorney General, Topeka, Kansas via email.

Service executed via certified mail this 30 day of October 2025.

/s/ Latisa Esther Cristine Micheaux, Fiduciary
LATISA E. C. MICHEAUX ESTATE OFFICE

Location P O Box 780281

Wichita Kansas 67278

316-625-6555