**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
Case No. 6:25-cv-1186

**LATISA E. C. MICHEAUX ESTATE OFFICE,**
Fiduciary for TLM Living Trust, Claimant in Equity,
Plaintiff,

v.

**GREGORY D. KEITH, et al.,**
Defendants.

**Filed in Equity – Article III Jurisdiction**

**NOTICE OF ACKNOWLEDGMENT AND RESERVATION OF RIGHTS**

Comes now Latisa Cristine Micheaux, Fiduciary by and through the LATISA E. C. MICHEAUX ESTATE OFFICE, Claimant in Equity, and states the following for the record:

1. Claimant acknowledges receipt of the Court's Order dated October 31, 2025, entered by Hon. Judge Teeter, regarding Plaintiff's prior objection to the magistrate assignment.
2. Claimant notes that the Order concerns a procedural matter only and does not adjudicate any substantive issues of law or fact.
3. Claimant expressly reserves all substantive, constitutional, and equitable rights, and affirms that this matter proceeds under Article III jurisdiction in good faith and honor.
4. This acknowledgment is made without waiver of any standing, status, or claim in equity now or hereafter.

Respectfully submitted this 31st day of October 2025.

/s/ LATISA E. C. MICHEAUX ESTATE OFFICE
Fiduciary for TLM Living Trust
Latisa Esther Cristine Micheaux, Fiduciary
Location: P O Box 780281, Wichita, Kansas 67278
316-625-6555



## Certificate of Service

I hereby certify that a true and correct copy of this Notice was served upon the Office of the Kansas Attorney General and Assistant Attorney General James Todd by Email this 31st day of October, 2025.

**/s/ Latisa Esther Cristine Micheaux, Fiduciary**