UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LATISA E. C. MICHEAUX ESTATE OFFICE,
Fiduciary for TLM Living Revocable Trust,

    Plaintiff,

v.                                                                                                                                                              No. 6:25-cv-1186

GREGORY D. KEITH,THE MAN

    Defendant.

MOTION TO STRIKE ENTRY OF APPEARANCE AND MOTION TO COMPEL VERIFIED DELEGATION OF AUTHORITY

Plaintiff, LATISA E. C. MICHEAUX ESTATE OFFICE, Fiduciary for the TLM Living Revocable Trust, moves this honorable Court to strike the entry of appearance and all filings entered by attorneys without verified delegation of authority, and in support states:

1. Defendant's counsel, James Todd, entered appearance and filed dispositive motions without providing verified written delegation of authority from the named Defendant.

2. On information and belief, no sworn, written power of attorney or appointment instrument exists in the public record authorizing said attorney(s) to speak, act, or bind the living man, Gregory D. Keith.

3. The fiduciary Plaintiff issued lawful demand for verified delegation of authority, including oath of office, agency agreement, and bar license, as conditions precedent for recognition under equity, contract, and the Law Merchant.

4. The Court improperly denied Plaintiff's motion without legal rebuttal to the substantive equity basis under which Plaintiff acts. Law Merchant, trust law, and constitutional protections allow any principal or trust office to challenge unverified agents under color of law.

5. The new appearance by Scott Nading on November 3, 2025, is similarly without delegation on file and remains unverified. Plaintiff objects to all appearances and filings by agents who fail to establish standing, oath, and law form authority.

6. The Court's denial of the Plaintiff's demand and simultaneous acceptance of presumed agency contradicts equity and fiduciary principles, and results in irreparable harm to trust property by permitting unauthorized process.

7. Under the Law Merchant, all agency and authority must be verified upon demand by any secured party, trustee, or fiduciary. Failure to rebut demand constitutes dishonor and defect of claim.

8. Defendant has not personally appeared. Plaintiff asserts that no contract, agency, or consent has been shown authorizing counsel to act on Defendant's behalf in a private trust dispute.

9. Plaintiff hereby demands verified disclosure from any attorney appearing in this matter as to the law form and jurisprudential authority under which they operate, including but not limited to:
    (a) whether their pleadings are grounded in Roman Civil Law, Commercial Code, Statutory Public Law, Equity, or other forum;
    (b) the nature of the jurisdiction being invoked — admiralty, administrative, common law, or Article III judicial power;
    (c) identification of principal law form governing the relationship between the attorney and their client (e.g., agency, contract, appointment, or public office);
    (d) the enabling statute, oath, or contract under which the attorney assumes the right to speak on behalf of a man, trust, or artificial person.

10. Such disclosure is essential for purposes of jurisdiction, venue, standing, trust protection, and avoidance of fraud or constructive misjoinder. Silence or failure to respond in verified form shall be construed as non-consent to lawful challenge and will constitute commercial and equitable dishonor.

WHEREFORE, Plaintiff respectfully moves this Court to:

(a) Strike the Entry of Appearance by James Todd and Scott Nading for failure to file verified delegation of authority;

(b) Compel any attorney appearing in this matter to produce sworn written delegation from their alleged principal; and

(c) Grant any such further relief this Court deems just and equitable.

Filed this 3rd day of November 2025.

Respectfully,

By: _____

/s/ Latisa Cristine Micheaux, Fiduciary
For the LATISA E. C. MICHEAUX ESTATE OFFICE™
P.O. Box 780281
Wichita, Kansas Republic 67278
All rights reserved, without prejudice.