# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

LATISA CRISTINE MICHEAUX ESTATE OFFICE™,

Executor-Beneficiary for the TLM Living Revocable Trust,
Plaintiff,

v.                              Case No. 6:25-cv-01186

GREGORY D. KEITH,
Defendant.

## FINAL NOTICE OF WITHDRAWAL OF COMPLAINT WITH PREJUDICE

COMES NOW, Latisa Cristine Micheaux, Executor-Beneficiary for the TLM Living Revocable Trust, appearing in propria persona and not pro se, to formally withdraw from the above-captioned matter with prejudice. This notice confirms that Plaintiff shall not refile or pursue this matter further in this forum.

This decision arises from the Court's express mandate that Plaintiff comply with statutory administrative rules and procedures, despite Plaintiff's clearly stated objections and invocation of equity, constitutional authority, and trust law. The Plaintiff has determined that continued engagement in this matter would amount to tacit consent to a jurisdiction and legal framework inconsistent with the principles and protections initially asserted.

Furthermore, Plaintiff clarifies that the issuance of the summons was premature, as the standing and jurisdictional foundation of this matter was not yet resolved at the time of issuance. Said summons is no longer necessary and is hereby declared null for all intents and purposes in light of this final withdrawal.

This withdrawal is not based on fear, concession, or waiver of rights. Rather, it is a conscientious decision to disengage from a proceeding that, in Plaintiff's view, operates in dishonor of equity, trust principles, and constitutional protections.

Plaintiff respectfully requests that the Court take judicial notice of this filing and acknowledge the full and final withdrawal of this matter with prejudice.

Respectfully submitted,

/s/ Latisa Cristine Micheaux

Estate Office, Executor-Beneficiary

For the TLM Living Revocable Trust

All Rights Reserved

Date: November 10, 2025